DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESLIE ALLISON RICCI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1206

[June 2, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case Nos. 312017CF001343C and 312020CF001399A.

Leslie Allison Ricci, Quincy, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***